UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARCUS MIDDLEBROOK #351947, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>KELLY WELLMAN, *et al.*, )<br>    Defendants. )<br>_____ ) | No. 2:21-cv-208<br><br>Honorable Paul L. Maloney |

### JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 1, 2023                                /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge